# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Nicholas Giovannelli

                        Plaintiff,

v.                                                  Case No.: 1:22−cv−02161

                                                          Honorable Steven C. Seeger

Amazon.Com, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 1, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for Defendants to pay the filing fee (Dckt. No. [4]) is hereby granted. The Court adopts the reasoning given by Judge Kness in an Order dated July 19, 2022 in a companion case, Giovannelli v. The Stocktrek Corp., 22−cv−2159. The Court directs Defendants to pay the filing fee by August 12, 2022. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.