# EXHIBIT 1

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| NICHOLAS GIOVANNELLI,<br><br>               Plaintiff,<br><br>    v.<br><br><br><br>AMAZON.COM, INC; AMAZON.COM SERVICES, LLC.,<br><br>               Defendants. | No.: 1:22-cv-02161<br><br>Judge Steven C. Seeger<br><br>Magistrate Judge Sunil R. Harjani<br><br>JURY DEMANDED |

FIRST AMENDED COMPLAINT AT LAW

Now comes the plaintiff, Nicholas Giovannelli, by and through his attorneys, Craig D. Tobin of Tobin & Munoz LLC, and Thomas C. Crooks, and as and for his complaint against defendants Amazon.Com, Inc. and Amazon.Com Services, LLC, states as follows:

1. This action is brought under the Illinois Right of Publicity Act, 765 ILCS 1075/1 *et seq.* (1999).

PARTIES

2. At all relevant times hereto, the plaintiff, Nicholas Giovannelli, was and is a citizen of Cook County, Illinois. Giovannelli is a decorated combat veteran, having served in the Airborne Infantry of the U.S Army, beginning in 2007, including multiple tours of duty in Afghanistan. He was honorably discharged for medical reasons in 2015.

3. Amazon.Com, Inc., at all relevant times hereto, is a Delaware corporation present and doing business in Cook County, Illinois. Amazon.com, Inc. is in the business of selling general merchandise through the internet, including photographic images.

1

4.      Amazon.Com Services, LLC, at all relevant times hereto, is a Delaware limited liability company, present and doing business in Cook County, Illinois.  Amazon.Com Services, LLC is in the business of selling general merchandise through the internet, including photographic images.

### FACTS COMMON TO ALL COUNTS

5.      Posterazzi Corp., at all relevant times hereto, is a New York corporation, present and doing business in Cook County, Illinois.  Posterazzi Corp. is in the business of selling photographic images, primarily through the internet.

6.      At all relevant times hereto both Amazon entities had a written agreement with Posterazzi Corp. to share revenues from the sale of images of American soldiers in combat, including Giovannelli, when sales are made of said images following Posterazzi Corp. placing the images for sale on platforms operated by Amazon.Com Services, LLC and Amazon.Com, Inc.

7.      During his service in the Airborne Infantry, Giovannelli participated in over 100 combat patrols.  As a result of his service, Giovannelli was awarded the Purple Heart, Combat Infantry Badge, and Army Commendation with V Device, for acts of heroism while involved in conflict with an armed enemy.

8.      As a result of his service, Giovannelli developed certain medical issues: herniated disks in his lower back and neck, post-concussion headaches as a result of traumatic brain injury, and PTSD.  As a result of these conditions, Giovannelli was given a medical retirement in 2015.  Giovannelli continues to be treated for these conditions.

9.      While Giovannelli was serving in the military, he was photographed by Army photographers while in combat.  Giovannelli consented to the Army photographing him.

10. Recently, Giovannelli discovered that photographs taken of him while in the military were being publicly sold, for commercial purposes, through for-profit entities.

11. Giovannelli has never given consent to any of the defendants to use his image for any purpose, including financial gain. The U. S. Army has never consented to defendants' use or sale of photographs of soldiers in combat, including photographs of Giovannelli.

12. In fact, defendants have been and continue to sell photographs of U. S. soldiers in combat without consent of the soldiers or the U.S. government.

### COUNT I—Amazon.Com, Inc.

13. Plaintiff incorporates by reference paragraphs 1 through 12 as if fully set forth here.

14. Beginning no later than July of 2020 Amazon.Com, Inc., without Giovannelli's consent, sold posters which bore an image of Giovannelli in combat.

15. Amazon.Com, Inc. profited financially or attempted to profit financially, from the sale of Giovannelli's image.

16. Amazon.Com, Inc. has a written agreement with Posterazzi Corp. regarding the sale of items to the public, including images of Giovannelli in combat. Pursuant to the agreement Amazon.Com, Inc. and Posterazzi Corp. share revenues arising from the sale of items, including images of Giovannelli in combat, placed on Amazon.com's platform by Posterazzi Corp. Posterazzi Corp. is being sued by Giovannelli for the sale of his image, to wit, *Giovannelli v. Posterazzi, Corp.,* 1:22-cv-02163.

17. At all relevant times, Amazon.Com, Inc. knew that it lacked consent from Giovannelli to commercially exploit his image. Amazon.Com, Inc.'s actions were willful and malicious, and punitive damages are appropriate.

18. As a result of Amazon.Com, Inc.'s actions, Giovannelli has suffered extreme emotional distress. As a result of Amazon.Com, Inc.'s actions, Giovannelli's PTSD has been exacerbated.

WHEREFORE, plaintiff prays for the following relief from Amazon.Com, Inc.:

A. Damages in an amount in excess of One Million Dollars for emotional distress and exacerbation of plaintiff's PTSD;

B. That all profits procured through the sale of plaintiff's image be disgorged and awarded to the plaintiff;

C. An award of punitive damages as permitted by 765 ILCS 1075/40;

D. An award of plaintiff's reasonable attorney's fees, costs and expenses as permitted by 765 ILCS 1075/55.

E. For such other relief as this court deems just.

COUNT II—Amazon.Com Services, LLC

19. Plaintiff incorporates by reference paragraphs 1 through 18 as if fully set forth here.

20. Beginning no later than July of 2020 Amazon.Com Services, LLC, without Giovannelli's consent, sold posters which bore an image of Giovannelli in combat.

21. Amazon.Com Services, LLC profited financially or attempted to profit financially, from the sale of Giovannelli's image.

22. Amazon.Com Services, LLC has a written agreement with Posterazzi Corp. regarding the sale of items to the public, including images of Giovannelli in combat. Pursuant to the agreement Amazon.Com, Inc. and Posterazzi Corp. share revenues arising from the sale of items, including images of Giovannelli in combat, placed on Amazon.Com Services, LLC's

platform by Posterazzi Corp. Posterazzi Corp. is being sued by Giovannelli for the sale of his image, to wit, *Giovannelli v. Posterazzi, Corp.,* 1:22-cv-02163.

23. At all relevant times, Amazon.Com Services, LLC, knew that it lacked consent from Giovannelli to commercially exploit his image. Amazon.Com Services, LLC's actions were willful and malicious, and punitive damages are appropriate.

24. As a result of Amazon.Com Services, LLC's actions, Giovannelli has suffered extreme emotional distress. As a result of Amazon.Com Services, LLC's actions, Giovannelli's PTSD has been exacerbated.

WHEREFORE, plaintiff prays for the following relief from Amazon.Com Services, LLC's:

A. Damages in an amount in excess of One Million Dollars for emotional distress and exacerbation of plaintiff's PTSD;

B. That all profits procured through the sale of plaintiff's image be disgorged and awarded to the plaintiff;

C. An award of punitive damages as permitted by 765 ILCS 1075/40;

D. An award of plaintiff's reasonable attorney's fees, costs and expenses as permitted by 765 ILCS 1075/55.

E. For such other relief as this court deems just.

Plaintiff demands trial by jury on all counts.

s/ Craig D. Tobin
Craig D. Tobin
One of Plaintiff's attorneys

Craig D. Tobin
Attorney for Plaintiff
Tobin & Munoz, L.L.C.
70 W Madison Street, Suite 1950
Chicago, IL 60602-4298
Office: (312) 641-1321
Fax: (312) 641-5220
Email:  ctobin@barristers.com
Attorney No.: 47276

Thomas C. Crooks
Attorneys for Plaintiff
Tobin & Munoz, L.L.C.
70 West Madison Street, Suite 1950
Chicago, IL 60602-4298
Office:  (312) 641-1321
Fax:  (312) 641-5220
Email:  tcrooks@barristers.com