# EXHIBIT 2

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

NICHOLAS GIOVANNELLI,

        Plaintiff,

  v.

PIXELS.COM, LLC,

        Defendant.

No.: 22-cv-02160

Judge Valderrama

Magistrate Judge Gilbert

JURY DEMANDED

FIRST AMENDED COMPLAINT AT LAW

Now comes the plaintiff, Nicholas Giovannelli, by and through his attorneys, Craig D. Tobin of Tobin & Munoz LLC, and Thomas C. Crooks, and as and for his complaint against defendant Pixels.Com, LLC, states as follows:

1. This action is brought under the Illinois Right of Publicity Act, 765 ILCS 1075/1 *et seq*. (1999).

PARTIES

2. At all relevant times hereto, the plaintiff, Nicholas Giovannelli, was and is a citizen of Cook County, Illinois. Giovannelli is a decorated combat veteran, having served in the Airborne Infantry of the U.S Army, beginning in 2007, including multiple tours of duty in Afghanistan. He was honorably discharged for medical reasons in 2015.

3. Pixels.com, LLC, at all relevant times hereto, is an Illinois limited liability company, present and doing business in Cook County, Illinois. Pixels.com, LLC is in the business of selling photographic images, primarily through the internet.

FACTS

4. StockTrek Images, Inc., at all relevant times hereto, is a Nevada corporation present and doing business in Cook County, Illinois. StockTrek is in the business of selling photographic images, primarily through the internet.

5. During his service in the Airborne Infantry, Giovannelli participated in over 100 combat patrols. As a result of his service, Giovannelli was awarded the Purple Heart, Combat Infantry Badge, and Army Commendation with V Device, for acts of heroism while involved in conflict with an armed enemy.

6. As a result of his service, Giovannelli developed certain medical issues: herniated disks in his lower back and neck, post-concussion headaches as a result of traumatic brain injury, and PTSD. As a result of these conditions, Giovannelli was given a medical retirement in 2015. Giovannelli continues to be treated for these conditions.

7. While Giovannelli was serving in the military, he was photographed by Army photographers while in combat. Giovannelli consented to the Army photographing him.

8. Recently, Giovannelli discovered that photographs taken of him while in the military were being publicly sold, for commercial purposes, through for-profit entities.

9. Giovannelli has never given consent to any of the defendants to use his image for any purpose, including financial gain. The U.S. Army has never consented to defendant's use or sale of photographs of soldiers in combat, including photographs of Giovannelli.

10. In fact, defendant has been and continues to sell photographs of U. S. soldiers in combat without the consent of the soldiers or the U. S. government.

11. Beginning no later than July of 2020 Pixels.Com, LLC, without Giovannelli's consent, sold posters which bore an image of Giovannelli in combat.

12. Pixels.Com, LLC profited financially, or attempted to profit financially, from the sale of Giovannelli's image.

13. Pixels.Com LLC maintained a sales platform where individuals and entities could post items for sale. Under the terms of the platform the funds generated by sales on the platform were shared between Pixels.Com LLC and the individual/entity posting the item for sale.

14. Stocktrek Images, Inc. uploaded images for sale on the Pixel's platform, including images of Giovannelli. Stocktrek Images, Inc. is being sued by Giovannelli for the sale of his image, to wit, *Giovannelli v. Stocktrek Images, Inc.,* 1:22-cv-02159.

15. At all relevant times, Pixels.Com, LLC knew that it lacked consent from Giovannelli to commercially exploit his image. Pixel.com, LLC's actions were willful and malicious, and punitive damages are appropriate.

16. As a result of Pixels.Com, LLC's actions, Giovannelli has suffered extreme emotional distress. As a result of Pixels.Com, LLC's actions, Giovannelli's PTSD has been exacerbated.

WHEREFORE, plaintiff prays for the following relief from Pixel's.Com, LLC:

A. Damages in an amount in excess of One Million Dollars for emotional distress and exacerbation of plaintiff's PTSD;

B. That all profits procured through the sale of plaintiff's image be disgorged and awarded to the plaintiff;

C. An award of punitive damages as permitted by 765 ILCS 1075/40;

D. An award of plaintiff's reasonable attorney's fees, costs, and expenses as permitted by 765 ILCS 1075/55.

E. For such other relief as this court deems just.

      Plaintiff demands trial by jury on all counts.

                                                                        s/ Craig D. Tobin  
                                                                        Craig D. Tobin  
                                                                        One of Plaintiff's attorneys

Craig D. Tobin  
Attorneys for Plaintiff  
Tobin & Munoz, L.L.C.  
70 W Madison Street, Suite 1950  
Chicago, IL 60602-4298  
Office: (312) 641-1321  
Fax: (312) 641-5220  
Email: ctobin@barristers.com  
      Attorney No.: 47276

Thomas C. Crooks  
Attorney for Plaintiff  
Tobin & Munoz, L.L.C.  
70 West Madison Street, Suite 1950  
Chicago, IL 60602-4298  
Office: (312) 641-1321  
Fax: (312) 641-5220  
Email: tcrooks@barristers.com